# THE WEITZ LAW FIRM, P.A.

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160

```
┌─────────────────────────────────────┐
│ USDC SDNY                            │
│ DOCUMENT                             │
│ ELECTRONICALLY FILED                 │
│ DOC #:_____                │
│ DATE FILED:   9/18/2025              │
└─────────────────────────────────────┘
```

**MEMORANDUM ENDORSED**

September 17, 2025

**VIA CM/ECF**
Honorable Judge Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street - Courtroom  12C
New York, NY 10007

> **Re:**    **Velasquez v. Los Munchies Inc., et al.**
> **Case 1:25-cv-05195-GHW**

Dear Judge Woods:

The undersigned represents the Plaintiff in the above-captioned case matter. The Initial Pretrial Conference in this matter is currently scheduled for September 25, 2025, at 3:00 p.m., in your Honor's Courtroom.  However, Defendants have not yet appeared in this matter, having been properly served through the Secretary of State [D.E. 8 & D.E. 9].  In order to allow the parties adequate time to engage in early settlement discussions, while affording additional time for the defendants to appear, a 30-day adjournment of the Conference is hereby respectfully requested to a date most convenient to this Honorable Court.

Thank you for your consideration of this first adjournment request.

Sincerely,

By: /S/   B. Bradley Weitz
B. Bradley Weitz, Esq. (BW9365)
THE WEITZ LAW FIRM, P.A.
Attorney for Plaintiff
Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160
Telephone: (305) 949-7777
Facsimile:  (305) 704-3877
Email: bbw@weitzfirm.com

Application granted.  Plaintiff's September 17, 2025 request to adjourn the initial pretrial conference, Dkt. No. 10, is granted.  The initial pretrial conference scheduled for September 25, 2025 is adjourned to October 22, 2025 at 2:00 p.m.  The joint status letter and proposed case management plan described in the Court's June 23, 2025 order are due no later than October 15, 2025.  The Clerk of Court is directed to terminate the motion pending at Dkt. No. 10.

SO ORDERED.
Dated:  September 18, 2025
New York, New York

_____
GREGORY H. WOODS
United States District Judge