# GALLO VITUCCI KLAR LLP

WWW.GVLAW.COM

Sara R. David<br>
Partner<br>
sdavid@gvlaw.com<br>
212-683-7100<br>
201-312-6225 (direct)

October 10, 2025

Via ECF
Honorable Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street – Courtroom 20D
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   10/10/2025
```

**MEMORANDUM ENDORSED**

     RE:    Velasquez v. Los Munchies Inc. et al
                Case 1:25-cv-5195

Dear Judge Woods:

    Our firm has been retained to represent Defendant Tremont Center LLC in the above-referenced matter.

    According to the Docket for the above-referenced matter, our client's Answer was due on July 28, 2025. Having just become aware of this matter, we immediately contacted Plaintiff's counsel and requested their consent to an enlargement of time to Answer on behalf of our client. Plaintiff's counsel courteously consented to this application.

    We respectfully request an enlargement of time to Answer the Complaint until December 10, 2025. No prior applications for this relief have been made. We request a longer than usual extension to allow us to meaningfully discuss potential resolution of the case with Plaintiff's counsel and to allow us time to work to secure the participation of the co-defendant tenant in this matter.

    We also respectfully request that the October 22, 2025, initial conference be postponed until after the new deadline to answer for the same reasons.

Thank you for your attention to this matter.

Respectfully submitted,

Sara R. David

Cc: Via ECF
B. Bradley Weitz, Esq.
*Attorneys for Plaintiff*

---

Application granted. Defendants' application for an extension of time to answer or otherwise respond to the complaint, Dkt. No. 13, is granted *pro tunc*. The deadline for Defendants to answer or otherwise respond to the complaint is extended to December 10, 2025. The initial pretrial conference scheduled for October 22, 2025 is adjourned to December 18, 2025 at 2:00 p.m. The joint status letter and proposed case management plan described in the Court's June 23, 2025 order are due no later than December 11, 2025. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 13.

SO ORDERED.
Dated: October 10, 2025
New York, New York

GREGORY H. WOODS
United States District Judge