WWW.GVLAW.COM

## GALLO VITUCCI KLAR
LLP

Sara R. David
Partner
sdavid@gvlaw.com
212-683-7100
201-312-6225 (direct)

December 15, 2025

Via ECF
Honorable Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street – Courtroom 20D
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _12/15/2025_

## MEMORANDUM ENDORSED

RE:    Velasquez v. Los Munchies Inc. et al
       Case 1:25-cv-5195

Dear Judge Woods:

Our firm has been retained to represent Defendant Tremont Center LLC in the above-referenced matter.

This case is scheduled for an initial pretrial conference on December 18, 2025.

We respectfully request a 60-day adjournment of the upcoming conference to enable the parties to meaningfully discuss settlement of the case. This application is made with Plaintiff's counsel's consent.

Thank you for your attention to this matter.

Respectfully submitted,

Sara R. David

Cc:    Via ECF
       B. Bradley Weitz, Esq.
       *Attorneys for Plaintiff*

Application granted.  Defendants' December 15, 2025 request to adjourn the initial pretrial conference, Dkt. No. 18, is granted.  The initial pretrial conference scheduled for December 18, 2025 is adjourned to February 18, 2026 at 1:00 p.m.  The Clerk of Court is directed to terminate the motion pending at Dkt. No. 18.

SO ORDERED.
Dated:  December 15, 2025
New York, New York

_____
GREGORY H. WOODS
United States District Judge

Manhattan (Downtown) 90 Broad Street, 12th Floor, New York, NY 10004   Manhattan (Midtown) 630 3rd Ave, 3rd Floor, New York, NY 10017
Westchester 3 West Main Street, Suite 302, Irvington, NY 10533  Long Island 100 Crossways Park West, Suite 305, Woodbury, NY 11797
New Jersey 3 University Plaza, Suite 402, Hackensack, NJ 07601  California 1212 Broadway Plaza, Suite 2100, Walnut Creek, CA 94596