# THE WEITZ LAW FIRM, P.A.

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  2/10/2026

**MEMORANDUM ENDORSED**

February 10, 2026

**VIA CM/ECF**
Honorable Judge Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street - Courtroom 12C
New York, NY 10007

> Re:    **Velasquez v. Los Munchies Inc., et al.**
>        **Case 1:25-cv-05195-GHW**

Dear Judge Woods:

The undersigned represents the Plaintiff in the above-captioned case matter. The Initial Pretrial Conference in this matter is currently scheduled for February 18, 2026 at 1:00 p.m., in your Honor's Courtroom. However, Plaintiff and Defendants have reached a tentative settlement in principal. An adjournment of the Conference is hereby respectfully requested until the parties file a formal Notice of Settlement, or in the alternative, a request for a 30-day adjournment of the Initial Pretrial Conference.

Thank you for your consideration of this second adjournment request.

Sincerely,

By: /S/   B. Bradley Weitz
    B. Bradley Weitz, Esq. (BW9365)
    THE WEITZ LAW FIRM, P.A.
    Attorney for Plaintiff
    Bank of America Building
    18305 Biscayne Blvd., Suite 214
    Aventura, Florida 33160
    Telephone: (305) 949-7777
    Facsimile:  (305) 704-3877
    Email: bbw@weitzfirm.com

Application granted.  The parties' February 10, 2026 request to adjourn the initial pretrial conference, Dkt. No. 24, is granted.  The initial pretrial conference scheduled for February 18, 2026 is adjourned to March 18, 2026 at 2:00 p.m. The joint status letter and proposed case management plan described in the Court's June 23, 2025 order are due no later than March 11, 2026.  The Clerk of Court is directed to terminate the motion pending at Dkt. No. 24.

SO ORDERED.
Dated:  February 10, 2026
New York, New York      _____
                        GREGORY H. WOODS
                        United States District Judge